UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ESTATE OF JAMES EDWARD STOKES, JR.,

Plaintiff,

v.

Case No. 26-cv-01010

CITY OF MILWAUKEE, PETER KNOX, JEFFREY NORMAN, SHANE DOUGHTY, BRETT STEGERWALD, ANDREW FUERTE, and ALEX BARTOSHEVICH,

Defendants.

## AFFIDAVIT OF MATTEO REGINATO

STATE OF WISCONSIN )
) ss
MILWAUKEE COUNTY )

MATTEO REGINATO, being first duly sworn on oath, deposes and states as follows:

1. I am an adult resident of the State of Wisconsin and make this Affidavit on personal information and belief.

2. I am an Assistant City Attorney for the City of Milwaukee and counsel for City of Milwaukee, Peter Knox, Jeffrey Norman, Shane Doughty, Brett Stegerwald, Andrew Fuerte, and Alex Bartoshevich in this action.

3. I have reviewed the docket for Case No. 26-CV-01010 and the records maintained by the City of Milwaukee concerning service of process in this action.

4. On August 25, 2026, the City of Milwaukee was served with a Summons and Complaint.

5. As of September 4, 2026, Peter Knox, Jeffrey Norman, Shane Doughty, Brett Stegerwald, Andrew Fuerte, and Alex Bartoshevich have not been served with a Summons or Complaint. Nor did Plaintiff request a waiver of service from the Individual Defendants.

Pursuant to 28 U.S.C. Sec. 1746 I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on the 4th day of September, 2026.

BY: s/ Matteo Reginato
**MATTEO REGINATO**